IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RORY HEATON, | ) CASE NO. 1:14-CV-2 |
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR DISMISSAL |
| AMERISTAR CASINO COUNCIL BLUFFS, INC., | ) |
| Defendant. | ) |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties, through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to pay his or its own attorneys' fees and costs.

DATED this 31st day of March, 2015.

RORY HEATON, Plaintiff

By: s/Patrick M. Flood
Patrick M. Flood, AT0002601
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
(402) 397-4853 (facsimile)
Attorney for Plaintiff

AMERISTAR CASINO COUNCIL BLUFFS, INC.,
Defendant


By: s/Elizabeth A. Coonan
Elizabeth A. Coonan, AT0001605
Ann Holden Kendell, AT0004402
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
(515) 242-2400
(515) 323-8500
Attorneys for Defendant


**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Elizabeth A. Coonan
    Ann Holden Kendell
    Brown, Winick, Graves, Gross,
       Baskerville and Schoenebaum, P.L.C.
    666 Grand Avenue, Suite 2000
    Des Moines, IA 50309-2510


    s/Patrick M. Flood